# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3123
LT Case No. 2021-DP-88

_____

G.M., MOTHER OF T.M.D., A
CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Clay County.
Angela M. Cox, Judge.

Jennifer Cogdill, Fleming Island, for Appellant.

Sarah J. Rumph, of Children's Legal Services, Tallahassee, for
Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Laura J. Lee, Assistant Director of Appeals, of the Statewide
Guardian ad Litem Office, Tallahassee, and Amy L. Dilday, of
Englander Fischer, St. Petersburg, for the Office of the Guardian
ad Litem.

April 12, 2024

PER CURIAM.

AFFIRMED.

LAMBERT, JAY, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____